[pic]

 COURT OF APPEALS

 SECOND DISTRICT OF TEXAS

 FORT WORTH

 NO. 02-13-00171-CV

|Ross Mandel and Lea Mandel | |APPELLANTS |
| |
|V. |
|Lewisville Independent School | |APPELLEES |
|District; County of Denton, Texas;| | |
|and City of Plano | | |

 ------------

 FROM THE 431st District Court OF Denton COUNTY
 ------------
 AND

 NO. 02-13-00412-CV

|In re Ross Mandel and Lea Mandel | |RELATOR |

 ------------

 ORIGINAL PROCEEDING
 ------------

 ORDER

 ------------
 We have considered "Constable Ron Smith's Motion to Disqualify Edward
Jason Dennis as Prosecutor," "Constable Ron Smith's Motion to Suppress,"
and "Appellants' Response to Constable Ron Smith's Motions to Disqualify
and to Suppress."
 The motions are DENIED.
 The clerk of this court is directed to transmit a copy of this order
to the trial court judge, the trial court clerk, the attorney of record for
each of the parties to the appeal and the mandamus action, the attorney who
filed an amicus brief in the appeal, and the attorney of record for
Constable Ron Smith.
 DATED April 16, 2014.
 PER CURIAM

PANEL: GARDNER, J.; LIVINGSTON, C.J.; and GABRIEL, J.